UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT MITCHELL, | ) | CASE NO. C08-0980-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION FOR SUMMARY |
| RODNEY ASKELSON, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On November 17, 2008, the Court received from plaintiff a motion for summary judgment. However, the motion does not identify a noting date and plaintiff provides no proof that he served the motion on counsel for defendants. As plaintiff was previously advised, he may seek summary judgment only by way of a motion which fully complies with the requirements of Local Rule CR 7(b). (*See* Dkt. No. 52.) The instant motion does not.

Accordingly, plaintiff's motion for summary judgment (Dtk. No. 54) is STRICKEN. Plaintiff may request that the motion be reinstated once he provides proof to the Court that he has served his motion on defendants' counsel and once he has assigned a proper noting date for the

ORDER STRIKING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1

motion.

The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this 20th day of November, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge