UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT MITCHELL, | ) | CASE NO. C08-0980-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | PENDING MOTIONS |
| RODNEY ASKELSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff has filed several motions in recent weeks. Among the motions recently received from plaintiff are a motion for extension of time, a third motion for appointment of counsel, a motion for leave to begin the discovery process, a motion for summary judgment[1], a motion to amend the summary judgment motion, and a motion for amended summary judgment. None of the motions has apparently been served on counsel for defendants as required by Local Rule CR 7(b). Accordingly, those motions

---

[1] This recently received motion for summary judgment is a single page document which appears to request reinstatement of a summary judgment motion filed by plaintiff on November 17, 2008, which was stricken because it did not fully comply with the requirements of Local Rule CR 7(b).

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS
PAGE -1

(Dkt. Nos. 60, 61, 63, 64, 65 and 66) are hereby STRICKEN.[2]

The Court notes that some of plaintiff's pending motions contain a request that the Court order the Clerk to serve the motions on counsel for defendants. However, while plaintiff has been granted leave to proceed with this action *in forma pauperis*, his *in forma pauperis* status does not entitle him to have copies made at Court expense. Plaintiff is responsible for making his own copies and for serving all documents on counsel for defendants. Plaintiff is advised that hand-written copies are acceptable so long as they are identical in content to the original filed with the Court.

The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this 15th day of December, 2008.

Mary Alice Theiler
United States Magistrate Judge

---

[2] The Court has also received a letter from plaintiff in which he appears to request that exhibits submitted in conjunction with a motion for summary judgment which he filed in July 2008, and a supplement to that motion which he filed in August 2008, be added to his November 17, 2008, summary judgment motion. (*See* Dkt. No. 58.) He further requests that a complete copy of the summary judgment motion, with exhibits, be sent to him. (*See id*.) Plaintiff's request is DENIED. If plaintiff wishes to rely on previously submitted exhibits to support a subsequently filed motion, he may do so by specifically identifying in his motion papers what exhibits he is relying upon to support his arguments and where in the record those exhibits may be found.

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS
PAGE -2