UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MITCHELL, | CASE NO. C08-0980-MJP-MAT |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S PENDING MOTIONS |
| RODNEY ASKELSON, et al., | |
| Defendants. | |

This is a civil rights action brought under 42 U.S.C. § 1983. On January 6, 2009, the Court received from plaintiff a motion to add five defendants to this action, a motion to appeal, and a motion to reverse a communication cessation order issued by prison authorities. None of the motions has apparently been served on counsel for defendants as required by Local Rule CR 7(b). Accordingly, plaintiff's recently filed motions (Dkt. Nos. 73, 74, and 75) are hereby STRICKEN.

The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Marsha J. Pechman.

DATED this 16th day of January, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS
PAGE -1