UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT MITCHELL, | ) | CASE NO. C08-0980-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING AND |
| | ) | RETURNING PLAINTIFF'S FIRST |
| RODNEY ASKELSON, et al., | ) | SET OF INTERROGATORIES |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2008, the Court issued an Order regarding pretrial preparations. (Dkt. No. 55). This Order established deadlines for completing discovery and filing dispositive motions. On January 22, 2009, plaintiff filed with the Court his first set of interrogatories. (Dkt. 78). Having considered this discovery request, the Court does hereby find and ORDER:

(1) Plaintiff is advised that requests for discovery should not be sent to the Court but rather to the opposing party. The Court's role is limited to resolving disputes regarding discovery if they arise. Therefore, the Clerk shall STRIKE plaintiff's first set of interrogatories (Dkt. 78)

ORDER STRIKING AND RETURNING PLAINTIFF'S
FIRST SET OF INTERROGATORIES -1

and return it to plaintiff.

(2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Hon. Marsha J. Pechman.

DATED this 23rd day of January, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING AND RETURNING PLAINTIFF'S
FIRST SET OF INTERROGATORIES -2