01
02
03
04
05
06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 ROBERT MITCHELL,                    )    CASE NO. C08-0980-MJP-MAT
                                       )
09     Plaintiff,                      )
                                       )
10     v.                              )    ORDER DENYING PLAINTIFF'S
                                       )    MOTIONS FOR PRELIMINARY
11 RODNEY ASKELSON, et al.,            )    INJUNCTIVE RELIEF
                                       )
12     Defendants.                     )
   _____ )
13

14        The Court, having reviewed plaintiff's amended civil rights complaint, (Dkt. No. 29),

15 Plaintiff's motions for preliminary injunctive relief, (Dkt. Nos. 77 and 84), the Report and

16 Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, (Dkt. No. 92),

17 Plaintiff's objections to that Report and Recommendation, (Dkt. No. 93), and the remaining

18 record, does hereby find and ORDER:

19        (1)     The Court adopts the Report and Recommendation.  Magistrate Judge Theiler

20 recommends that Plaintiff's motion be denied because "the Court has no jurisdiction to enjoin

21 the conduct of individuals who are not parties to the instant action…."  (Dkt. No. 92 at 3.)  In

22 response, Plaintiff states in his objections to the Report and Recommendation that "Both Sgt.

01 Fredrickson and C.O. Shaw are named in the Second Motion for Preliminary Injunction."

02 (Dkt. No. 93 at 2.) These individuals are not named defendants in this action and the Court

03 cannot enforce injunctive action against them. (See Dkt. No. 29 at 1 (naming Rodney

04 Askelon, Sgt. Lopez, Lisa Howe, Chris Glenn, C.O. Cabana, Nurse Marty, Sgt. Walters, The

05 Warden MCC-WSRU, Sue Collins, and Scott Frakes as Defendants).) Additionally,

06 Plaintiff's objection on the ground that his alleged deprivation of mail causes irreparable harm

07 is unpersuasive. (See Dkt. No. 93 at 3-4.)

08       (2)     Plaintiff's motions for preliminary injunctive relief (Dkt. Nos. 77 and 84) are

09 therefore DENIED.

10       The Clerk is directed to send copies of this Order to Plaintiff, to counsel for

11 Defendants, and to the Honorable Mary Alice Theiler.

12       DATED: May 19, 2009

13

14       _ /s/ Marsha J. Pechman _
      MARSHA J. PECHMAN
15       United States District Judge

16

17

18

19

20

21

22

ORDER DENYING PLAINTIFF'S MOTIONS FOR
PRELIMINARY INJUNCTIVE RELIEF
PAGE -2