01

02

03

04 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
05 AT SEATTLE

06 ROBERT MITCHELL,            )   CASE NO. C08-0980-MJP
                                  )
07       Plaintiff,           )
                                    )
08      v.                     )   ORDER STRIKING PLAINTIFF'S
                                  )   PENDING MOTIONS
09 RODNEY ASKELSON, et al.,     )
                                  )
10       Defendants.       )
_____ )

11

12        This is a civil rights action brought under 42 U.S.C. § 1983.   On May 12, 2009, the

13 Court received from plaintiff a motion for a continuance and, on May 27, 2009, the Court

14 received from plaintiff a motion proposing to add six defendants to his complaint.   It does not

15 appear that either of the motions was served on counsel for defendants as required by Local

16 Rule CR 7(b).   Accordingly, plaintiff's motions for a continuance and for leave to add

17 defendants (Dkts. 97 and 99) are STRICKEN.

18        The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to

19 the Honorable Marsha J. Pechman.

20        DATED this <u>1st</u> day of July, 2009.

21                         s/ Mary Alice Theiler_____
                         United States Magistrate Judge
22