UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT MITCHELL, | Case No. C08-980-MJP-MAT |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| RODNEY ASKELSON, et al., | |
| Defendants. | |

The Court, having reviewed the Plaintiff's Second Amended Complaint (Dkt. No. 29), the Report and Recommendation of Honorable United States Magistrate Judge Mary Alice Theiler, Plaintiff's Motion for Summary Judgment, which the Court construes as an Objection to the Report and Recommendation (Dkt. No. 116), Defendants' Response to the Objection (Dkt. No. 117), and the remaining record, finds and Orders as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Defendants' Amended Motion for Summary Judgment (Dkt. No. 95) is GRANTED;

(3) Plaintiff's Second Amended Complaint is DISMISSED with prejudice; and

(4) The Clerk is directed to send a copy of this order to Plaintiff, all counsel of record, and Hon. Judge Theiler.

1    DATED this 16th day of September, 2009.

2

3

4                                                      _____
                                                     Marsha J. Pechman
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25